FILED
MAY 26 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

IN RE SEALED INDICTMENT : Cr. No. 06-056S

MOTION BY GOVERNMENT TO UNSEAL THE INDICTMENT

Comes now the United States of America, by and through its attorneys, Robert C. Corrente, United States Attorney for the District of Rhode Island, and Mary E. Rogers, Assistant U.S. Attorney, and hereby move this Court to unseal the above-captioned indictment. The government has reason to believe that the Defendant has knowledge of the pending charges against him and that he has fled the jurisdiction.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT C. CORRENTE
United States Attorney

MARY E. ROGERS
Assistant U.S. Attorney

SO ORDERED:

DAVID L. MARTIN
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

DATE: May 26, 2006