IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CR 06 56 S

UNITED STATES OF AMERICA )
) Cr. No.
vs. ) In violation of 21 U.S.C.
) §§ 841(a)(1) & (b)(1)(B)
TERRENCE GREENE )

INDICTMENT

The Grand Jury charges that:

COUNT ONE

On or about January 5, 2006, in the District of Rhode Island, the defendant, TERRENCE GREENE, did knowingly and intentionally possess with intent to distribute 11 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance,

All in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

COUNT TWO

On or about January 25, 2006, in the District of Rhode Island, the defendant, TERRENCE GREENE, did knowingly and intentionally possess with intent to distribute 12.1 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance,

All in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

A TRUE BILL:

REDACTED

Grand Jury Foreperson

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

MARY E. ROGERS
Assistant U.S. Attorney

Kenneth P. Madden

KENNETH P. MADDEN
First Assistant U.S. Attorney

DATE: 05-10-2006