AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

TERRENCE GREENE

**WARRANT FOR ARREST**

CASE NUMBER: CR06-56S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest TERRENCE GREENE
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

in violation of Title 21 United States Code, Section(s) 841(a)(1) and (b)(1)(B)

Paula Farrell Pletcher
Name of Issuing Officer

Case Management Supervisor
Title of Issuing Officer

Signature of Issuing Officer

May 10, 2006
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Newport, RI by DEA | | |
| DATE RECEIVED 05/10/2006<br>DATE OF ARREST 07/05/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.