**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Cr. No. 06-056S** |
| | : | |
| **v.** | : | |
| | : | |
| | : | **Violation of 21 U.S.C. § 851** |
| **TERRENCE GREENE** | : | |

**INFORMATION CHARGING PRIOR CONVICTIONS**

I, Robert Clark Corrente, United States Attorney for the District of Rhode Island, do accuse the Defendant, TERRENCE GREENE, who was charged by the United States Grand Jury in the District of Rhode Island on the 10th day of May, 2006 in Count One of the indictment with possession with intent to distribute 11 grams of cocaine base, in violation of 21 U.S.C. § 841(a)(1)&(b)(1)(B), and in Count Two of the indictment with possession with intent to distribute 12.1 grams of cocaine base, in violation of 21 U.S.C. § 841(a)(1)&(b)(1)(B), of having been previously convicted of the felony drug offenses described below:

1. On or about July 25, 1995, TERRENCE GREENE, was convicted in Newport County (Rhode Island) Superior Court (case number N2/95-0305A) of Manufacture and Delivery of a Controlled Substance, a felony drug offense under state law, and was sentenced to a term of 8 years imprisonment with 90 months suspended.

2. On or about April 16, 1997, TERRENCE GREENE, was convicted in Newport County (Rhode Island) Superior Court (case

number N2/97-0117A) of two counts of Manufacture and Delivery of a Controlled Substance, felony drug offenses under state law, and was sentenced to a term of 10 years imprisonment with 105 months suspended.

3. On or about October 23, 2000, TERRENCE GREENE, was convicted in Newport County (Rhode Island) Superior Court (case number N2/00-0309A) of two counts of Manufacture and Delivery of a Controlled Substance, felony drug offenses under state law, and was sentenced to a term of 10 years imprisonment with 102 months suspended.

WHEREFORE, the United States of America gives notice under 21 U.S.C. § 851 that Defendant TERRENCE GREENE, has a previous conviction for a felony drug offense and therefore is subject to a fine of not more than four million dollars, a term of imprisonment of not less than ten years and not more than life imprisonment, and a term of supervised release of at least eight years on Counts One and Two of the Indictment.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on the August 9, 2006, a copy of the within "Information Charging Prior Convictions" was e-filed and e-served upon Mr. Edward C. Roy, Assistant Federal Public Defender.

/s/ SANDRA R. BECKNER
Assistant U.S. Attorney