**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-56S** |
| | ) | |
| **TERRENCE GREENE** | ) | |

---

## MOTION FOR CONTINUANCE OF EMPANELMENT

Now comes the accused, Terrence Greene, by and through his counsel, and moves this Honorable Court to continue the trial of this matter, currently scheduled for empanelment on September 6, 2006 for an additional thirty (30) days.

The trial of this matter is currently scheduled for jury empanelment on September 6, 2006, and trial thereafter. In support of this request, counsel states the he has not had an opportunity to review with the defendant a recently filed information charging prior offenses. Defense counsel seeks a one month continuance to review with the defendant his exposure under the Sentencing Guidelines pursuant to the filing of that information.

The time requested under this motion is specifically excludable under the Speedy Trial Act, 18 USC § 3161(h)(8)(A), the ends of justice served by the granting of this request outweigh the interest of the government and the defendant in a speedy trial.

Respectfully submitted
Terrence Greene
By his attorney,

/s/ Edward C. Roy, Jr.
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I mailed a copy of this motion by electronic notification to Sandra Beckner, Assistant United States Attorney, on August 21, 2006.

/s/ Edward C. Roy, Jr.