UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-056 S

TERRENCE GREENE :

**NOTICE OF INTENTION TO PLEAD GUILTY**

NOW comes the undersigned, as counsel for the defendant, Terrence Greene, and notices the Court that the defendant will plead guilty to the instant indictment, without a plea agreement.

TERRENCE GREENE,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

**CERTIFICATION**

I hereby certify that I filed, by electronic case filing, a copy of the within, and served a copy on Sandra R. Beckner, AUSA on the 15th day of September, 2006.

/s/ Edward C. Roy, Esquire