**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-56S** |
| | ) | |
| **TERRENCE GREENE** | ) | |

---

**MOTION TO CONTINUE SENTENCING**

Now comes the accused, Terrence Greene, by and through his counsel, and moves this Honorable Court to continue the sentencing in this matter, currently scheduled for December 15, 2006 for an additional thirty (30) days.

The reason for the request of a continuance, is that the defendant has requested that defense counsel look at and review additional mitigating issues that would assist the defendant in receiving a lower sentence. Defense counsel notes that pursuant to the pre-sentence report, the defendant is looking at a sentence of a minium of 188 months.

Respectfully submitted
Terrence Greene
By his attorney,

/s/ Edward C. Roy, Jr.
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
edward_roy@fd.org

**CERTIFICATION**

I hereby certify that I mailed a copy of this motion by electronic notification to Sandra Beckner, Assistant United States Attorney, on December 11, 2006.

/s/ Edward C. Roy, Jr.