# POLICE NARRATIVE

I swear that the facts which follow are true to the best of my knowledge:

John R. Mueto
Signature

On March 15, 1995, Detective Bartis and Sgt. Carlone met with a confidential informant for the purpose of making a controlled drug buy. The informant was searched for contraband and/or money with negative results. A body wire was placed on him and he was given $20.00 in cash to make the buy. The informant stated that he could make a controlled drug buy from a person known to him as Terrance Greene who is also well known to the Vice Unit from previous police contacts. The informant then proceeded to 75 Evans Street to meet with Greene while the detectives kept him under constant surveillance. The informant then met with Greene in front of 75 Evans Street and the detectives could hear a drug related conversation taking place. The informant then left the area and met with the detectives at a pre-arranged location. At this time the informant handed Sgt. Carlone one foil containing suspected crack/cocaine. The informant stated that he purchased the crack/cocaine from Greene for the sum of twenty dollars while in front of 75 Evans Street. The informant was again searched for contraband and/or money with negative results. A field test conducted by Sgt. Carlone on the suspected crack/cocaine proved positive as cocaine. It was tagged and placed into evidence along with the audio cassette tape of the tranaction.

On March 21, 1995, Detective Bartis showed the informant a photospread containing five photographs of black males. The informant picked photo #4 as being the same person who had sold him the cocaine on March 15, 1995. Photo #4 was positively identified as Terrance Greene, DOB; 7/13/75.

...gned and sworn to before me at Newport
(place)

this June 6 1995
(date)

D2-01 White - Police Pink - Def. Attor.
Green - Court Golden - Defendant
Yellow - A.G.

Special Assistant Attorney General
designated by the Attorney General

NEWPORT P.D.
OFFICIAL USE ONLY 2

# WITNESS STATEMENT

**TIME** 1700 hrs.
**DATE** 3-17-95
**PLACE** Newport P.D.

I John C. Bartis , Voluntarily, without threats or promises, make the following statement:

Q: What is your name?

A: John C. Bartis

Q: What is your DOB?

A:

Q: What is your present address?

A: NPD

Q: Occupation

A: Detective

On 3-15-95, Sgt. Russell Carlone and I, of the Newport Police Dept. conducted a narcotics investigation. A police informant agreed to make controlled drug buys from known drug dealers.

At approx. 1800 hrs., we met with the informant at a pre-arranged location. I searched the informant and placed an audio device on the informant. I also supplied the informant with $20.00 to make a controlled crack-cocaine purchase in the Tonomy Hill area.

The informant stated that he could make a controlled drug buy from a person known to him as; TERRANCE GREENE. Greene is well known to the Newport Police Dept. due to his previous contacts with police. Shortly after preparing the informant, he proceeded to the area of 75 Evans St. The informant met with the suspect known to him as; Terrance Greene. We then heard a drug related conversation between the informant and the suspect Greene. We maintained surveillance and monitored the informant as he departed Evans St. The informant then returned to meet at the pre-arranged location.

We met with the informant and the informant handed Sgt. Carlone 1 foil which contained suspect crack-cocaine. Sgt. Carlone took custody of the contraband. I again searched the informant and removed the audio device. The informant told us that he met with Greene in front of 75 Evans St. and gave Greene $20.00 for the foil.

The informant described Greene as a black male, about 18 years old, 5'10", 150 lbs., wearing a green wind breaker, gray hood, blue jeans, and brown swede shoes.

John C. Bartis [signature]

3

NEWPORT P.D.
OFFICIAL USE ONLY

# WITNESS STATEMENT

**TIME** 11:00 PM
**DATE** 3-15-95
**PLACE** NPD

I Sgt Russell Carlone, Voluntarily, without threats or promises, make the following statement:

Q: What is your name?

A: Russell J Carlone

Q: What is your DOB?

A:

Q: What is your present address?

A: NPD

Q: Occupation

A: Detective Sgt

On 3-15-95, Det Bartis and I both of the Newport Police Dept. conducted a narcotics investigation. A police informant agreed to make controlled drug buys from known drug dealers.

At approx. 6:00 hrs., we met with the informant at a pre-arranged location. Det Bartis searched the informant and placed an audio device on the informant. Det Bartis also supplied the informant with $20.00 to make a controlled drug purchase in the Tonomy Hill area. The informant stated that he could make a buy off a suspected known to him as Terrance Green.

At approx. 6:05, the informant left our vehicle and headed for the Tonomy Hill area.
Several minutes after that, the informant met up with Terrance Greene on Evans St., near number 75. The informant then had a drug related conversation with Terrance Greene. The informant then gave Greene $20.00 dollars, and Terrance Green gave the informant one foil of cocaine. This transaction took place on Evans St. near number 74.

After this transaction, the informant again met myself and Det Bartis. He/she met us at approx. 6:12 PM. At this time the informant handed over to me one foil of suspected cocaine. I took custody of this evidence.

Det Bartis again searched the informant for money and/or contraband, took the audio device from the informant, and then debriefed him/her in my presence.

The informant stated that he /she met Terence Greene on Evans St. near number 74. The informant stated that he bought one foil of cocaine from Greene near 74 Evans St. for $20.00 dollars. The informant stated that Greene is a black male around 18 years of age. He is

CR# 95-0765

Sgt R Carlone

4

NEWPORT P.D. OFFICIAL USE ONLY

around 5'10" tall, and weighs around 150 lb's. Greene was wearing a green wind breaker, gray hoodie, blue jean pants, and brown shoes.

I took custody of the cocaine, transported it to the station, field tested it, and then locked it in the evidence locker. The field test on a portion of the seized suspected cocaine , tested positive for the presence of cocaine.

TIME ____

DATE 3/17/95

PLACE ____

I, Wendall Blackwell, voluntarily,

without threats or promises, make the following statements:

Q. What is your name?

A. Wendall Blackwell

Q. What is your date of birth?

A. ____

Q. What is your present address?

A. ____

Q. What is your occupation?

A. ____

On 3-15-95, I met with Detectives John Bartis and Sgt. Russell Carlone of the Newport Police Dept. I agreed to assist the police by making controlled drug buys from known dealers.

At approx. 6:00 PM, I met with the detectives. Det. Bartis searched me and placed a body wire on me. Det. Bartis gave me $20.00 to make a controlled crack-cocaine buy from known dealers in the Tonomy Hill area. I had seen Terrance Greene earlier in the day and he agreed to sell me crack. I rode my bicycle to 75 Evans St. and met with Terrance Greene. I gave him $20.00 and he gave me one foil of crack. After buying the foil of crack, I returned to meet with the detectives.

Upon meeting with the detectives, I gave Sgt. Carlone one foil of crack. Det. Bartis searched me again and removed the body wire. Terrance Greene , is a black male, about 18 years old, 5'10", 150 lbs., he was wearing a green wind breaker, gray hood, blue jeans, and brown swede shoes.

I agreed to assist the police at my own free will. No threats or promises have been made to me. I agree to testify, if necessary. This statement is true and accurate to the best of my knowledge.

[signature]
SIGNATURE

Statement taken by ____

Witnesses: ____

____

FORM 3

5

NEWPORT P.D.
OFFICIAL USE ONLY

TIME ______

DATE 3/2/95

PLACE ______

I, Wendall Blackwell, voluntarily, without threats or promises, make the following statements:

Q. What is your name?

A. Wendall Blackwell

Q. What is your date of birth?

A. ______

Q. What is your present address?

A. ______

Q. What is your occupation?

A. ______

On this date, 3/2/95, Det. Bartis showed me a photospread. I positively identified the person in photo # 4, as being Terrance Greene. The same person who sold me crack on 3-15-95.

Wendall Blackwell
SIGNATURE

Statement taken by ______

Witnesses: ______

______

FORM 3

51

[illegible] P.D. [illegible] ONL[illegible]

# SEIZURE REPORT

DATE SEIZED 3-15-95 CR# 95-07765

SEIZED BY Sgt Russell Carlone

PLACE Newport RI

## CIRCUMSTANCES

On 3-15-95 Det Bartis and Sgt Carlone conducted a drug investigation within the City of Newport. We were assisted in this investigation by a confidential informant who agreed to make drug buys off known drug dealers.

We met the informant at 6:00 PM on 3-15-95 at a pre-designated location. Det Bartis prepared the informant, and then gave him/her $20.00 dollars to make a cocaine purchase off of a suspect known to the informant as Terrance Greene. The informant was wearing a audio device which was monitored and recorded by Det Bartis and myslef.

At approx. 6:08 PM the informant met Terrance Greene near 74 Evans St. At this time , the informant purchased one foil of cocaine from Greene for $20.00.

The informant then left the area of Evnas St ,a nd again met Det Bartis and Sgt Carlone. At this time the informant turned over to Sgt Carlone one foil of suspected cocaine. Sgt Carlone took custody of this evidence, trnasported it to the police station, filed tested it in the vice office (result was positive for the presence of cocaine), and then locked it in the evidence locker after selaing it in an envelope.

## DESCRIPTION OF SEIZED PROPERTY

1. one foil containing suspect cocaine
2. one large Memorex brand cassette tape recording involving Terrance Greene, and a police agent.

SIGNATURE(S) OF OFFICER(S) WHO DISPOSED OF PROPERTY

6

SIGNATURE(S) OF OFFICER(S) WHO DISPOSED OF PROPERTY

White - Police
Green - Court
Yellow - A.G.
Pink - Def. Attor.
Golden - Defendant
FORM 8

NEWPORT P.D.
OFFICIAL USE ONLY

PHYSICAL EVIDENCE INVENTORY

The following list describes the physical evidence to be presented by the State of Rhode Island against the defendant(s).

#1. MARCH 15, 1995 CR# 95-07765: One foil containing a white rock like substance suspected to be crack cocaine.

#2. One Memorex brand large cassette tape recording involving Terrance Greene and a police agent.

#3.

#4.

#5.

#6.

#7.

#8.

#9.

#10.

#11.

#12.

#13.

#14.

#15.

#16.

#17.

#18.

#19.

#20.

#21.

#22.

#23.

The above evidence is presently located at

D2-06

White - Police
Green - Court
Yellow - A.G.
Pink - Def. Attor.
Golden - Defendant

SIGNATURE

NEWPORT P.D.
OFFICIAL USE ONLY

PROVIDENCE, RI 02904

PHONE: (401) 274-1011 EXT 187/FAX: (401) 277-6064



LABORATORY NUMBER
FC-03540-945

EVIDENCE EXAMINATION AND FINDINGS

Name(s) of Individual(s)
GREEN, TERRANCE ALIAS
JOHN DOE

Agency Name
NEWPORT POLICE DEPT.
Agency Case Number
9507765
Arresting Officer
CARLONE/BARTIS
Date of Occurence 3/15/95
County NEWPORT

Analyst
GINO REBUSSINI, M.S.
Date Analysis Started
3/27/95
Date of Report
3/28/95
Certifying Analyst
GINO REBUSSINI, M.S.

Submitted By
BARTIS, JOHN
Received By
GINO REBUSSINI, M.S.

| Date | Time |
|---|---|
| 3/20/95 | 11:07 |

| Item | Laboratory Findings |
|---|---|
| 1 | MATERIAL FROM FOIL PACKET:........................ POSITIVE COCAINE (SCHED II) |

Affirm that this document is a true report of the analysis performed by me.

GINO REBUSSINI, M.S.
(ANALYST)

Subscribed and sworn to before me under the penalties of perjury this 28th Day of Mar 1995.

Paul Breault
PAUL BREAULT
(NOTARY)

NEWPORT P.D.
OFFICIAL USE ONLY

8

R.I. DEPARTMENT OF HEALTH, DIVISION OF LABORATORIES
FORENSIC SCIENCES SECTION, ROOM 306
50 ORMS STREET
PROVIDENCE, RHODE ISLAND 02904
PHONE: (401) 274-1011 / FAX: (401) 277-6064

**EVIDENCE EXAMINATION REQUEST AND RECEIPT**

| NAME(S) OF INDIVIDUAL(S) | AGENCY CASE NUMBER | THIS BOX MUST BE COMPLETED FOR DWI CASES ONLY / ADDRESS OF INDIVIDUAL(S) |
|---|---|---|
| Terrance Green alias ~~John Doe~~ | 95-07765 | |
| | ARRESTING OFFICER: Sgt.CARLONE/ Det Bartis | |
| | DATE OF OCCURRENCE: 3-15-95 | |
| | COUNTY OF OCCURRENCE: Newport | DATE OF BIRTH / TIME OF APPREHENSION |

**AGENCY**

Newport Police Dept.
120 Broadway
Newport, R.I. 02840

NAME OF MEDICAL PERSON COLLECTING SAMPLE

PLACE OF EMPLOYMENT OF MEDICAL PERSON COLLECTING SAMPLE

| ITEM NUMBER | DESCRIBE EACH ITEM SUBMITTED | EXAMINATION REQUESTED |
|---|---|---|
| 1 | 1 foil containing a white substance. | cocaine |

| LABORATORY NUMBER | SUBMITTED BY | I ACKNOWLEDGE RECEIPT OF EVIDENCE PURPORTED TO BE DESCRIBED AS ABOVE FROM PERSON MAKING DELIVERY. |
|---|---|---|
| 3540-945 | JOHN BARTIS (PRINT) | SIGNATURE (AUTHORIZED LABORATORY PERSON) [signature] |
| | [signature] (SIGNATURE) | DATE: 20 MAR 95 TIME: 11:20 |

FC

NEWPORT PD OFFICIAL USE ONLY

R. I. DEPARTMENT OF HEAL
ORENSIC SCIENC
50 OF
PROVIDENCE,
PHONE: (401) 274-

EVIDENCE EXAMINATI

DELIVERY OF — COCAINE
TEST POSITIVE - COCAINE

| NAME(S) OF INDIVIDUAL(S) | AGENCY CASE NUMBER |
|---|---|
| Terrance Green alias John Doe | 95-07765 |
| | ARRESTING OFFICER: Sgt.CARLONE/ Det |
| | DATE OF OCCURRENCE: 3-15-95 |
| | COUNTY OF OCCURRENCE: Newport |

**AGENCY**

Newport Police Dept.
120 Broadway
Newport, R.I. 02840

| ITEM NUMBER | DESCRIBE EACH ITEM SUBMITTE |
|---|---|
| 1 | 1 foil containing a white subst |

NEWPORT POLICE DEPT.
NEWPORT, RHODE ISLAND
120 Broadway
Newport, Rhode Island 02840

# EVIDENCE

Case No. 95-07765
Type of offense DELIVERY OF COCAINE
Description of evidence ONE FOIL CONTAINING SUSPECTED CO
Suspect TERRANCE M GREEN
Victim
Date and time of recovery 03-15-95 0030
Location of recovery OUTSIDE 74 EVANS ST
Recovered by

CHAIN OF POSSESSION

Received from
By SGT [illegible] CARLONE
Date 3-15-95 Time [illegible] AM/PM
Received from LOCKER [illegible]
By [illegible]
Date [illegible] Time 10:[illegible] AM PM
Received from
By
Date Time AM PM

| LABORATORY NUMBER | SUBMITTED BY | I ACKNOWLEDGE RECEIPT OF EVIDENCE PURPORTED TO BE DESCRIBED AS ABOVE FROM PERSON MAKING DELIVERY |
|---|---|---|
| | PRINT | SIGNATURE (AUTHORIZED LABORATORY PERSON) |
| | SIGNATURE | DATE / TIME |

NEWPORT P.D.
OFFICIAL USE ONLY
NEWPORT P.D.
OFFICIAL USE ONLY

62

CR#95 07765
DELIVERY OF — COCAINE
TEST POSITIVE - COCAINE

NEWPORT POLICE DEPARTMENT
120 Broadway
Newport, Rhode Island 02840

NEWPORT POLICE DEPT.
NEWPORT, RHODE ISLAND

# EVIDENCE

Case No. 95-07765

Type of offense DELIVERY OF COCAINE

Description of evidence
[illegible] CONTAINING SUSPECTED CO[illegible]

Suspect TORRANCE M ALLEN

Victim

Date and time of recovery
03-15-95 6:28PM

Location of recovery
[illegible] 14 EVANS ST

Recovered by

## CHAIN OF POSSESSION

Received from
By [illegible]
Date 3-[illegible] Time [illegible] AM PM

Received from
By
Date Time AM PM

Received from
By
Date Time AM PM

NEWPORT P.D. OFFICIAL USE ONLY 83

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
NEWPORT, SC SUPERIOR COURT

MEMORANDUM OF AGREEMENT

This agreement is entered into between WENDALL BLACKWELL W/B (hereinafter referred to as the "Defendant") and the Rhode Island Department of Attorney General (hereinafter, the State). After being provided with an opportunity to confer with an attorney, the defendant knowingly and voluntarily enters in to this agreement. The state has not coerced the statement in any way. The total agreement is contained within this document and is as follows:

1. The defendant agrees to truthfully supply to the State, and any other law enforcement agency, any and all information known to him/her regarding drug trafficking.

2. The defendant agrees to truthfully testify during any judicial proceeding or grand jury hearing upon any matter upon which he/she is questioned.

3. The defendant agrees to cooperate fully with any law enforcement agency to which he/she is directed. Cooperation may include but is not limited to providing confidential information, wearing a body wire, making undercover purchases from traffickers, introducing members of law enforcement to drug traffickers.

4. The defendant will enter a plea of nolo contendere or guilty to the present charges brought by the State.

5. In exchange for the defendant's cooperation, as noted in paragraphs 2 and 3, the state will recommend a sentence of LESS THAN JAIL. The defendant recognizes that this W.B recommendation is subject to a judge's approval.

6. Any statement that the defendant makes may be used in the pending criminal matter should the defendant not fulfill his/her obligations under this agreement.

7. The defendant shall appear for all court dates, in both the present case and those secured from the defendant's cooperation. He/she shall advise the State of any changes in his/her present address.

8. In the event that the defendant is arrested during the pendency of this agreement, he/she shall notify the State within seven days.

9. In the event that the defendant violates any of the provisions of this agreement, any criminal law of any state, or any criminal law of the United States, it will be considered a breach of this agreement, which will render this Agreement null and void and will have no force and effect.

10. The defendant agrees to waive extradition from any state in the United States or from any foreign nation, in the event that his presence is required for any court proceeding . The defendant further agrees to honor any subpoenas issued by the state.

Wendell Blackwell 12/29/94

Defendant Date

Gary T. Silva #34 12/29/94

Police Department Date

Department of Attorney General Date

MONDAY JANUARY 23, 1995 :40 AM LCC

BLACKWELL WENDALL R DOB: 08/06/65
FBI NO.: SS NUMBER: 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 SEX: M RACE: B

FINGER PRINT CLASSIFICATION

HENRY UPPER: backlog NCIC NO.:
HENRY LOWER:

ALL ALIAS RECORDS APPEARING ON THIS REPORT ARE DETERMINED BY FINGER PRINT
ALIAS: BLACKWELL WENDALL R 08/06

THIS REPORT IS BASED ON INFORMATION SUPPLIED BY LOCAL LAW ENFORCEMENT. MA HAS BEEN MADE ON NAME AND DATE OF BIRTH. THIS INFORMATION IS A COMPILATIO OF RHODE ISLAND CHARGES AND MAY NOT CONTAIN A COMPLETE RECORD OR THE DISPOSITION OF THE CHARGE.

| UNT | ARREST DTE / DISP DTE | CHARGE / FINDING/DISPOSITION | ARREST AGENC / CASE |
|---|---|---|---|
| 1 | 12/20/94<br>00/00/00 | POSS W/INT TO DEL COCAINE | NEWPORT |
| 2 | 12/13/94<br>00/00/00 | SHOPLIFTING | MIDDLETOWN |
| 3 | 10/29/93<br>00/00/00 | POSS OF STOLEN GOODS | NEWPORT |
| 4 | 09/05/93<br>01/07/94 | MAL MISCH<br>NOLO, FILED/COSTS/REST | NEWPORT |

DISCLAIMER FOR NON LAW-ENFORCEMENT REQUESTS

RELEASE OF THIS INFORMATION IS MADE PURSUANT TO R.I. GEN. LAWS SECTION 38-2-2(d) (4) UPON RECEIPT OF AN INDIVIDUAL'S WRITTEN AUTHORIZATION. DISSEMINATION OF THIS INFORMATION IS PROHIBITED.

4B DN,RI0030301.NAM/BLACKWELL,WENDELL R.DOB/080664,SEX/M
** NOTICE **
INFORMATION OBTAINED FROM VCIN MAY BE USED FOR
CRIMINAL JUSTICE PURPOSES ONLY.

01/06/95 22.44.17
DR,RIOLN0000.RI0030301
2X1
NOT ON FILE NAM/WENDELL R BLACKWELL , DOB/080664, OLN/

01/06/95 22.48.14
DR.RI004015Y.RI0030301

QRT
PUR/C.ATN/DET GARY SILVA.
NAM/BLACKWELL,WENDELL R.DOB/080664.SEX/M

SCI# 9307303
WE HAVE IT AS 08/06/65
12/13/94 MIDDLETOWN PD. SHPLFT
10/29/93 NEWPORT PD. POSS STLN GDS
09/05/93 NEWPORT PD. MAL MISCH N. FILED/COSTS/RESTITU 01/07/94
RCF

THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/BLACKWELL,WENDELL R SEX/M RAC/B DOB/080664 PUR/C

| NAME | FBI NO. | INQUIRY DATE |
|---|---|---|
| BLACKWELL,WENDELL R | 95299KA6 | 01/06/95 |

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR | BIRTH PLACE |
|---|---|---|---|---|---|---|---|
| M | B | 08/06/65 | 600 | 140 | BRO | BLK | UNKNOWN |

FINGERPRINT CLASS
12 12 10 12 12
07 TT 10 07 10

SOCIAL SECURITY
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

IDENTIFICATION DATA UPDATED 12/20/92

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
VIRGINIA - STATE ID/VA713306

93

NIA FILES:

ELL R SEX: M RACE: B DATE OF BIRTH: 0

NOT RECORDED PRIOR TO 7/1/94

231294589

| DATE | CHARGE | DISPOSITI |
|---|---|---|
| -19-88 | 01/LARCENY MISDEMEANOR DOCUMENT NO. 431733Z | GUILTY LARCENY MISDEMEANOR CIR |
| | OFF. JUR./NORFOLK | COURT /020389 |

ATED: 01-26-89 LAST RECORD UPDATE: 04-28-89

*** CAUTION ***

94

...ONS EXCHANGE ONLY AND DOES NOT PRECLUDE THE EXISTENCE OF OTHER CRIMI
...AL
...TION INFORMATION WHICH MAY BE CONTAINED IN THE REPOSITORY OF OTHER LO
...
... OF FEDERAL CRIMINAL JUSTICE AGENCIES.

CHANGES TO THIS RECORD MAY BE IN PROCESS. A NEW INQUIRY SHOULD BE MADE
FOR
...USE. THE RECIPIENT(S) IS RESPONSIBLE FOR MAINTAINING AN AUDI
...AIL OF ALL SECONDARY DISSEMINATION OF ANY OF THIS INFORMATION.
...UTHORIZED DISSEMINATION WILL SUBJECT THE DISSEMINATOR TO CRIMINAL AND
... PENALTIES.

...ASED ON SID NUMBER ONLY

...IS IS A SINGLE-STATE RECORD. NO ADDITIONAL CRIMINAL HISTORY INFORMATIO
...
... IN NCIC-III FOR OTHER STATE OR FEDERAL OFFENSES.

...D OF RECORD

95