AG COPY

**WITNESS STATEMENT**
**CR#: 96-27857**
**DATE: 8-18-96**
**TIME: 4:00 PM**
**PLACE: NPD**

I, Det. M. Terrano voluntarily, without threats or promises, make the following statement:

Q: What is your name?

A: Michael Terrano.

Q: What is your DOB?

A:

Q: What is your present address?

A: NPD.

Q: Occupation:

A: Police Detective.

On 8-13-96 at about 7:15 PM Det. Field and I were conducting a narcotics investigation with the assistance of a cooperating witness. The C/W had agreed to make controlled drug buys from known drug dealers while being monitored.

We met the C/W at the rear of Bowler Van Lines and prepared for the investigation. The C/W was searched for drugs and/or money with none being found by Det. Field. An audio transmitter was placed on the C/W and the C/W was given $20.00 to make a drug transaction with. The C/W was to walk into the Tonomy Hill Housing area, make contact with a drug dealer and purchase drugs.

The C/W was kept under constant visual and audio surveillance as he left our location and walked into Tonomy Hill. We lost the visual surveillance of the C/W as he went between the units of Evans St. and Sims St and we maintained constant audio surveillance. A short time later I could hear via the audio transmitter that the C/W had met with an individual and was making a drug transaction. We then observed the C/W come out of the area between Evans St and Sims St. Again we maintained constant audio and visual surveillance of the C/W until he was back with us.

M. Terrano

Once back with us the C/W handed over to me one plastic containing a yellowish rock like substance. The substance was subsequently field tested and indicated a positive reaction for Cocaine. Det. Field searched the C/W and found no other drugs or money. The audio transmitter was removed and the C/W was questioned as to what happened. C/W stated that he walked between the units of Evans St and Sims St. on the grassy area. He further stated that he met with an individual known to him as TERRANCE there. He stated that TERRANCE was riding a bicycle and that he was wearing a green jacket and a green hood. C/W stated that TERRANCE sold him $20.00 worth of Crack-Cocaine that was packaged in clear plastic. C/W stated that TERRANCE had the Crack-Cocaine in his mouth, removed it and sold it to him.

It should be noted that prior to meeting with the C/W at approximately 7:00 PM I was riding through the Tonomy Hill area to see who was out in the area. I observed an individual known to me as TERRANCE GREENE on Evans St , in the area between Hillside Ave. and Fahey St. TERRANCE GREENE was wearing a green jacket with a green hood at that time. TERRANCE GREENE is known to me because the Newport Vice Unit had arrested him in June of 1995 for selling Crack-Cocaine.

On 8-13-96 I put together a six person photo-spread with TERRANCE M. GREENE DOB 7-13-75 as photo#5. On 8-17-96 showed the C/W the photo-spread, asked him to look at all the photographs, and asked him if he recognized anyone. The C/W did as I asked and immediately picked out photo#5 and stated it was TERRANCE. The same TERRANCE that he had purchased Crack-Cocaine from on 8-13-96.

M Turner

P 2 of 2

NEWPORT P.D.
OFFICIAL USE ONLY

On 08-13-96 at 1937 hrs I was assigned to Unit 15 along with Officer Winters. We were driving south on Hillside Ave when we observed Terrance M Green (7-13-75), who is known by both of us, he was walking south from Evans St towards Chadwick in the area of number 58 Evans. He was wearing a green hooded sweatshirt with a green camouflage jacket over it.

NEWPORT P.D.
OFFICIAL USE ONLY

SIGNATURE

atement taken by Self

itnesses:

White - Police
Green - Court
Yellow - A.G.
Pink - Def. Atto
Golden - Defendant

ORM 2

**Newport Police Agent Statement**
**CR# 96-27857**

Q. "On 8/13 /96, at 7:15pm, did you, Joseph Walmsley, agree to make a controlled drug buy for Newport Police Department?"
A. "Yes".

Q. "At what time did you first meet with Detectives and who were they?"
A. "At about 7:15 PM".

Q. "Where did you first meet Detectives?"
A. "The rear of Bowler Van Lines".

Q. "Prior to the beginning of this particular investigation, were you searched by any of the detectives and who was that?"
A. "Yes, by Det. Field".

Q. "Did the detectives take anything from you during the search only to give it back after the completion of this investigation?"
A. "Yes, Det. Field took the money I had on my person".

Q. "Were you given a body wire to wear and which detective supplied this to you?"
A. "Yes, Det. Field supplied me with a body wire".

Q. "Did you receive any funds with which to make the controlled buy with? If so which Detective issued you these and what were the funds?"
A. "Yes, Det. Field gave me $20.00 to make the buy with".

Q. "After leaving the Detectives, where did you go and who if anyone did you meet with? If you do not know the person(s) by name than describe them."
A. "I walked into the Tonomy Hill area. I met up with a black guy who was riding a bicycle who I know by the name of TERRANCE. I met with TERRANCE on the grass area between the units of Evans St and Sims St., between Hillside Ave. and Fahey St. I have known TERRANCE for several years from being in the Tonomy Hill area. TERRANCE was wearing a green jacket with a green hood."

Q. "If you answered either of the two previous questions by giving the name(s) of the person(s) from whom you bought drugs. Tell me how you know their name and for how long you have known them?"
A. "I bought the Crack-Cocaine from TERRANCE. I have known TERRANCE for several years from being out in the Tonomy Hill area.

Q. "Did you purchase any type of drugs from this person(s) and if so what was it?
A. "I purchased $20.00 worth of Crack-Cocaine from Terrance".

Q. "How were the drugs packaged?"
A. "In clear plastic".

Q. "Who did you hand the money to and who handed you the drugs?"
A. "TERRANCE spit the Crack-Cocaine in clear plastic out of his mouth and handed
it to me. I handed TERRANCE the $20.00".

Q. "After completing the purchase, where did you meet with the detectives?"
A. "I walked back behind Bowler Van Lines and met the Detectives".

Q. "When you met the detectives, who did you hand the drugs over to?"
A. "Det. Terrano".

NEWPORT P.D.
OFFICIAL USE ONLY

3/17/96

**Newport Police Agent Statement**
**CR# 96-27857**


Q. "Did any of the detectives search you now and who was this?"
A. "Yes, Det. Field did". JW.

Q. "Concluding this investigation, did the detectives involved go over the events which occurred with you?"
A. "Yes". JW

Q. "Could you identify the person(s) you purchased drugs from if you saw them again?"
A. "Yes, I know Terrance". JW

Q. "Do you have any information that you wish to add to this statement at this time?"
A. "No". JW.

Joseph Walmsley
9/17/96

NEWPORT P.D.
OFFICIAL USE ONLY

50 ORMS STREET
PROVIDENCE, RI 02904
PHONE: (401) 274-1011 EXT 187/FAX: (401) 2/7-6064

ABORATORY NUMBER
FC-02607-967

EVIDENCE EXAMINATION AND FINDINGS

ame(s) of Individual(s)
GREENE, TERRANCE M.

Agency Name
NEWPORT POLICE DEPT.
Agency Case Number
9627857
Arresting Officer
TERRANO/FIELD
Date of Occurence 8/13/96
County NEWPORT

Analyst
GINO REBUSSINI, M.S.

ubmitted By
WILLIAM WARNER
eceived By
GINO REBUSSINI, M.S.

| Date | Time |
|---|---|
| 2/04/97 | 10:49 |

Date Analysis Started
2/13/97
Date of Report
2/14/97
Certifying Analyst
MICHAEL LIBERTO, B.S.

| tem | Laboratory Findings |
|---|---|
| 1 | MATERIAL FROM PLASTIC BAG:........................ POSITIVE COCAINE OR ITS SALTS (II) |

NEWPORT P.D.
OFFICIAL USE ONLY

Affirm that this document is a true
eport of the analysis performed by me.

GINO REBUSSINI, M.S.
(ANALYST)

Subscribed and sworn to before me under the
penalties of perjury this 14th Day of 1997.

TONI [illegible] [illegible]
NOTARY

OFFICIAL USE ONLY
NEWPORT P.D.

R.I. DEPARTMENT OF HEALTH, DIVISION OF LABORATORIES
FORENSIC SCIENCES SECTION, ROOM 306
50 ORMS STREET
PROVIDENCE, RHODE ISLAND 02904
PHONE: (401) 274-1011 / FAX: (401) 277-6064

## EVIDENCE EXAMINATION REQUEST AND RECEIPT

| NAME(S) OF INDIVIDUAL(S) | AGENCY CASE NUMBER | THIS BOX MUST BE COMPLETED FOR DWI CASES ONLY |
|---|---|---|
| Terrance M. Greene DOB 7-13-75 | 96-27857 | ADDRESS OF INDIVIDUAL(S) |
| | ARRESTING OFFICER: Terrano/Field | |
| | DATE OF OCCURRENCE: 8-13-96 | |
| | COUNTY OF OCCURRENCE: Newport | DATE OF BIRTH / TIME OF APPREHENSION |

**AGENCY**

Newport Police Dept.
120 Broadway, Newport, RI 02840
ATTENSION: Vice Unit

NAME OF MEDICAL PERSON COLLECTING SAMPLE

PLACE OF EMPLOYMENT OF MEDICAL PERSON COLLECTING SAMPLE

| ITEM NUMBER | DESCRIBE EACH ITEM SUBMITTED | EXAMINATION REQUESTED |
|---|---|---|
| 1 | One plastic containing a yellowish rock like substance. | Cocaine |

IMPORTANT: SOLID LINE MUST BE VISIBLE WHEN SECURPAK IS CLOSED

Evidence

Case no. 96-27857

Item no.

Date and time of recovery 8-13-96 1:35 pm

Suspect M. Greene DOB 7-13-75

Victim

Recovered by

Description and/or Location: One plastic containing a yellowish rock like substance

Sealed by

Chain of Custody

| Date | From | To |
|---|---|---|
| 8-13 | | M. Terrano |

LABORATORY NUMBER

F 2004101

SECUR-PAK

RECYCLABLE

On October 10, 1996 Detective Sergeant Carlone, Detective Field, McKenna and I of the Newport Police Departments Narcotics Unit along with S/A Neuguth of the FBI and S/A Chris Cote' of NCIS conducted a drug investigation within the city of Newport utilizing a cooperating witness and an undercover Police Officer who agreed to make a controlled drug buy from known drug dealers.

At approximately 7:45 PM we met with the C/W and the U/C behind Bowler Van Lines. Det. McKenna searched the C/W for any contraband and/or money with none being found and subsequently supplied the C/W with an audio transmitter. I then gave the U/C $50.00 of Department funds to make the buy with. The C/W and the U/C then entered the U/C's vehicle and were kept under constant audio and visual surveillance . The U/C subsequently parked his vehicle at the Ahepa Apartments and both the C/W and the U/C walked into the area of the Tonomy Hill via York St. to Fahey St. to between the units of Chadwick St and Evans St., at which time audio surveillance was maintained.

The C/W and the U/C subsequently met with an individual known to the C/W as TERRANCE. This being the same TERRANCE that the C/W purchased Crack-Cocaine from on 8-13-96, and the same TERRANCE the C/W positively identified as being TERRANCE M. GREENE DOB 7-13-75 on 8-17-96. The C/W had a drug conversation with TERRANCE during which the C/W asked TERRANCE for "Three for Fifty", referring to three rocks of Crack-Cocaine for $50.00. TERRANCE left the C/W and the U/C for a short time, then returned and sold the C/W the Crack-Cocaine.

The U/C and the C/W walked out from between the units and out onto Fahey St. Again we picked up the visual surveillance and maintained the audio surveillance until the C/W and the U/C were back with us. Once back with us Officer Varan turned the suspected Crack-Cocaine over to me. It was in a small piece of newspaper. Det. McKenna again searched the C/W and located no additional drugs and/or money. The C/W and the U/C were then debriefed separately.

P. 172

I transported the suspected Crack-Cocaine back to the Vice Unit office. I field tested it Positive, tagged and placed it in evidence. The cassette tape with the recording of the transaction was tagged and placed in evidence as well.

M. [illegible]

P. 2 of 2

NEWPORT P.D.
OFFICIAL USE ONLY

WITNESS STATEMENT
CR# 96-35166
DATE: 10-14-96
TIME: 8:00pm
PLACE: NPD

I, Michael McKenna, voluntarily without threats or promises, make the following statement:

Q: What is your name?

A: Michael McKenna

Q: What is your DOB?

A:

Q: What is your present address?

A: N.P.D.

Q: Occupation:

A: Detective

On 10-10-96, Sgt. Carlone, Dets. Field, Terrano and I of the Newport Police Department Vice Unit along with S/A Neuguth of the FBI and S/A Cote of NCIS conducted a drug investigation within the City of Newport utilizing a confidential informant and undercover police officer who agreed to make a controlled drug buy from known drug dealers.

At approx. 7:45 PM, We met with the C/I and U/C. I searched the informant for contraband and/or money, with none found and supplied him with a audio transmitting device which we monitored by receiver. Det. Terrano gave the U/C $50.00 dollars to buy drugs with. The U/C and C/I left our location and drove to Ahepa Apartments and parked the vehicle. They walked into Tonomy Hill and we followed him to the area of Chadwick St. and Evans St. and then maintained audio surveillance of them.

The U/C and C/I met with a male known to the C/I as Terrance. The C/I previously bought crack from Terrance on 8-13-96 and has identified him through a photospread as Terrance Greene. The C/I had a drug related conversation with Terrance asking him for three for fifty. Terrance left the U/C and C/I for a few minutes and then returned and sold the crack cocaine to the C/I. The U/C and C/I walked back to the U/C's vehicle and then returned to the pre-arranged location. The U/C turned the suspected crack cocaine over to Det. Terrano. I searched the C/I for contraband and/or money, with none found and removed the audio transmitting device. We took a statements from the U/C and C/I.

Michael McKenna

[signature]

NEWPORT P.D.
OFFICIAL USE ONLY

NEWPORT P.D.
OFFICIAL USE ONLY

**WITNESS STATEMENT**
**CR#: 96-35166**
**DATE:**
**TIME:**
**PLACE: NPD**

I, P.O. Rick Varan voluntarily, without threats or promises, make the following statement:

Q: What is your name?
A: Rick Varan.

Q: What is your DOB?
A:

Q: What is your present address?
A: NPPD

Q: Occupation:
A: Police Officer.

On 10-10-96 at about 7:45PM I met with Detectives of the Newport Police Dept. for the purpose of assisting them with a narcotics investigation. I was instructed that I would be going into the Tonomy Hill Housing area with a C/I to purchase Crack-Cocaine. Det. Terrano provided me with $50.00 to use to make the drug buy with.

The C/I and I got into my undercover car and I drove to Ahepa Apartment parking lot and parked there. We got out of the car and walked into Tonomy Hill. We walked between the units of Chadwick and Evans Sts to where there was a small playground. We walked up and met with a guy the C/I knows as TERRANCE. The C/I asked TERRANCE if he "Had Work". TERRANCE in turn asked the C/I what he wanted. The C/I told TERRANCE that he wanted "Three for Fifty", referring to three rocks of Crack-Cocaine for $50.00. TERRANCE told the C/I to wait and he would be back. TERRANCE then walked off and disappeared between the units. A short time later TERRANCE reappeared from between the units. TERRANCE called over to the C/I and told the C/I to come over to where he was. At that point I gave the C/I the $50.00 that Det. Terrano had given me. I walked with the C/I and we met with TERRANCE. The C/I, TERRANCE, and I walked out onto Chadwick St. I waited close by and the C/I and Terrance walked up onto the stairs of #55 Chadwick St. I then watched as the C/I and TERRANCE made the transaction. The C/I walked off the stairs, met with me and we began to walk back to my car. On the way back to the car the C/I gave me the Crack-Cocaine. It was inside a small piece of newspaper. We walked to the car, got into the car, and drove directly back to meet the detectives. I turned the Crack-Cocaine over to Det. Terrano. The Detectives then went over the events of the transaction with the C/I and I separately. I also later made my own notes of the events of the investigation. TERRANCE was a B/M, about 5'11" to 6'1 tall, about 150 to 160 lbs. He was wearing a black hood that was covering part of his face.

**Newport Police Agent Statement**
**CR# 96-35166**

**Q.** "On 10/9/96, at 7:45pm, did you, Joseph Walmsley, agree to make a controlled drug buy for Newport Police Department?"
**A.** "Yes." J.W.

**Q.** "At what time did you first meet with Detectives and who were they?"
**A.** "At 7:45 I met Dets. Terrano, McKenna, Field, Sgt. Carlone, NCIS S/A Cote, and FBI S/A Neuguth, and Under-cover Off. Rick Varan behind Bowler Van Lines." J.W.

**Q.** "Prior to the beginning of this particular investigation, were you searched by any of the Detectives and who was that?"
**A.** "Yes, Det. Mckenna." J.W.

**Q.** "Did the Detectives take anything from you during the search only to give it back after the completion of this investigation?"
**A.** "No, I had nothing on me." J.W.

**Q.** "Were you given a body wire to wear and which Detective supplied this to you?"
**A.** "Yes, Det. McKenna." J.W.

**Q.** "After leaving the Detectives, where did you go and who if anyone did you meet with?"
**A.** "I got into Under-cover officer Rick Varan's car with him. Officer Varan drove us to the AHEPA apartments parking lot and parked there. We got out of the car and walked into Tonomy Hill. We walked between the units of Chadwick and Evans Sts. We walked up by the playground and we met with TERRANCE. It was the same TERRANCE that I purchased $20.00 worth of Crack-Cocaine from the first time. I asked TERRANCE if he had work. He asked me what I wanted. I told him, Three for Fifty, referring to three rocks of Crack-Cocaine for $50.00. Terrance told me to wait and I watched him as he walked over in the direction of the Multi-purpose center then up to Chadwick St. A short time later Terrance appeared again between the units coming down from Chadwick St. He called over to me and told me to come up to where he was. I turned to Off. Varan and told him to give me the money, Off Varan gave me the $50.00. J.W.

Joseph Walmsley
10/30/96

**Newport Police Agent Statement**
**Page 2 of 3**
**96-35166**

Off. Varan and then I walked up to him and we all walked around to the street side of Chadwick St. I walked up onto the stairs of #55 Chadwick St. with Terrance and Off. Varan waited a short distance away. Once on the stairs with TERRANCE I handed him the $50.00. TERRANCE in turn handed me a folded up piece of Newspaper and told me to watch out because the Crack-Cocaine was loose inside the paper. I then walked off the stairs and Off. Varan and I began to walk back to his car. About at the intersection of Fahey and York Sts. I handed Off. Varan the Crack-Cocaine in the Newspaper. We then walked back to his car, and he drove us back to meet the Detectives. J.W.

Q. " Tell me how you know TERRANCE's name and for how long you have known him?"
A. "I have known TERRANCE for several years from being out in Tonomy Hill. J.W.

Q. "How were the drugs packaged?"
A. "The Crack-Cocaine was loose in a piece of Newspaper." J.W.

Q. "How was the exchange between the money and drugs carried out. Who did you hand the money to and who handed you the drugs?"
A. "Det. Terrano had given the money, $50.00, to Under-cover Off. Rick Varan when we all met at Bowler Van Lines at 7:45PM. Once Off. Varan and I got into Tonomy Hill and the deal was all set up with TERRANCE Off. Varan gave the money to me. I then handed the money to TERRANCE and TERRANCE handed me the Crack-Cocaine." J.W.

Q. "After completing the purchase, where did you meet with the Detectives?"
A. "Off. Varan drove us back to Bowler Van Lines and we met the Detectives there." J.W.

Joseph Walmsley
10/30/96

NEWPORT P.D.
OFFICIAL USE ONLY

**Newport Police Agent Statement**
**CR# 96-35166**
**Page 3 of 3**

**Q.** "Did any of the Detectives search you now and who was this?"
**A.** "Yes, Det. McKenna searched me again." J.W.

**Q.** "Concluding this investigation, did the Detectives involved go over the events which occurred with you?"
**A.** "Yes." J.W.

**Q.** "Could you identify the person(s) you purchased drugs from if you saw them again?"
**A.** "Yes, this is the same TERRANCE that I already picked out of the photospread from the first time I purchased $20.00 worth of Crack-Cocaine from him." J.W.

**Q.** "Do you have any information that you wish to add to this statement at this time?"
**A.** "No." J.W.

Joseph Wolunsky
10/30/96

NEWPORT P.D.
OFFICIAL USE ONLY

R.I. DEPARTMENT OF HEALTH, DIVISION OF LABORATORIES
FORENSIC SCIENCES SECTION, ROOM 306
50 ORMS STREET
PROVIDENCE, RHODE ISLAND 02904
PHONE: (401) 274-1011 / FAX: (401) 277-6064

## EVIDENCE EXAMINATION REQUEST AND RECEIPT

| NAME(S) OF INDIVIDUAL(S) | AGENCY CASE NUMBER | THIS BOX MUST BE COMPLETED FOR DWI CASES ONLY<br>ADDRESS OF INDIVIDUAL(S) |
|---|---|---|
| Terrance M. Greene | 96-35166 | |
| | ARRESTING OFFICER<br>Terrano/McKenna | |
| | DATE OF OCCURRENCE<br>10-9-96 | |
| | COUNTY OF OCCURRENCE<br>Newport | DATE OF BIRTH / TIME OF APPREHENSION |

**AGENCY**

Newport Police Dept.
120 Broadway, Newport,RI 02840
ATTENSION: Vice Unit

NAME OF MEDICAL PERSON COLLECTING SAMPLE

PLACE OF EMPLOYMENT OF MEDICAL PERSON COLLECTING SAMPLE

| ITEM NUMBER | DESCRIBE EACH ITEM SUBMITTED | EXAMINATION REQUESTED |
|---|---|---|
| 1 | Piece of newspaper containing a whitish rock like substance, field tested Positive for Cocaine. | Cocaine |

IMPORTANT: SOLID LINE MUST BE VISIBLE WHEN SECURPAK IS CLOSED!

INVENTORY NUMBER F 200375

**Evidence**

Case no. 96-35166 Item no.
Agency NPD
Offense DEL CRAK-COCAINE
Date and time of recovery 10-9-96 APPROX 9:01 PM
Suspect TERRANCE M. GREENE DOB 7-13-75
Victim N/A
Recovered by O/I
Description and/or Location PIECE OF NEWSPAPER CONTAINING A WHITISH ROCK LIKE SUBSTANCE. FIELD TESTED POSITIVE FOR COCAINE.
Sealed by Det. M. Terrano NEWPORT P.D.

**Chain Of Custody**

| Date | From | To |
|---|---|---|
| 10-9-96 APPR 9:30 PM | O/I | OFF RICK VAREN |
| 10-9-96 10:10 PM | OFF RICK VAREN | DET. M. TERRANO |
| 10-9-96 11:15 PM | DET M. TERRANO | EVI. LKR "A" |
| | | |

SECUR-PAK™

NEWPORT ... OFFICIAL USE ONLY.

50 ORMS STREET
PROVIDENCE, RI 02904
PHONE: (401) 274-1011 EXT 187/FAX: (401) ./7-6064

ABORATORY NUMBER
FC-02605-967

EVIDENCE EXAMINATION AND FINDINGS

ame(s) of Individual(s)
GREENE, TERRANCE M.

Agency Name
NEWPORT POLICE DEPT.
Agency Case Number
9635166
Arresting Officer
TERRANO/MCKENNA
Date of Occurence 10/09/96
County NEWPORT

Analyst
GINO REBUSSINI, M.S.
Date Analysis Started
2/13/97
Date of Report
2/14/97
Certifying Analyst
MICHAEL LIBERTO, B.S.

ubmitted By
WILLIAM WARNER
eceived By
GINO REBUSSINI, M.S.
Date 2/04/97 Time 10:47

| tem | Laboratory Findings |
|---|---|
| 1 | MATERIAL FROM PAPER PACKET:...................... POSITIVE COCAINE OR ITS SALTS (II) |

NEWPORT P.D.
OFFICIAL USE ONLY

Affirm that this document is a true
eport of the analysis performed by me.

GINO REBUSSINI, M.S.
(ANALYST)

Subscribed and sworn to before me under the
penalties of perjury this 14th Day of Feb, 1997.

TONI A. CELLEMME
NOTARY

**WITNESS STATEMENT**
**CR#96-27857**

DATE: 8/17/96
TIME: 19:07
PLACE: Newport

I, Joseph Walmsley, voluntarily without threats or promises, make the following statement:

On 8-13-96, I bought Crack-Cocaine from a black male known to me as TERRANCE for $20.00. He sold me the Crack-Cocaine on the grass area between the units of Evans St. and Sims St., between Hillside Ave and Fahey St.

Detective Terrano handed me six photographs. The person in photo # 5 is the black male known to me as TERRANCE. JW

Joseph Walmsley

NEWPORT P.D.
OFFICIAL USE ONLY