WITNESS STATEMENT

CR# 00-17921
DATE: 6-14-00
TIME: 10:00 PM
PLACE: NPD

I, Det. William J. Warner, voluntarily without threats or promises, make the following statement:

Q: What is your name?
A: Det. William J. Warner

Q: What is your DOB?
A: 5-26-60

Q: What is your present address?
A: N.P.D.

Q: Occupation:
A: Detective

On 6-9-00, Members of the Newport Police Departments Vice/ Narcotics Unit along with Sgt. Canario of the Bristol PD, conducted a drug investigation within the City of Newport. Utilizing a Confidential Informant (hereafter referred to as the C/I) arrangements were made to make a controlled drug buy from a known drug dealer, namely, Terrance Green 7-13-75, AKA " Harry ".

The C/I was met and prepared for the investigation at approximately 11:30 PM. Detective Naylor searched the C/I and his/her vehicle for any contraband and/or drugs with none located. We supplied the C/I with $ 200.00 of Newport PD funds to make the purchase and outfitted the C/I with an audio transmitting device which we monitored by receiver. The C/I left our location and drove to Sims Street and entered Unit # 71. Myself along with the other Officers/Agents had set up surveillance in the area and along with the wire were in contact with the C/I via his/her cellular telephone. After entering the unit and waiting a short time the C/I contacted Det. Naylor on his cell phone stating he/she was with Harry, letting us know he/she was waiting. A male voice was heard via the wire stating " I'm waiting for it now ". A short time later the C/I exited the unit and entered his/her vehicle and returned to the prearranged meet location.

Upon returning to the meet location the C/I handed Detective Naylor, four small balls of foil containing pieces of a hard white yellowish substance, Detective Naylor maintained possession of this evidence. The C/I was again searched along with his/her vehicle for any money and/or contraband with none located. A statement was then taken from the C/I concerning the transaction.

The C/I stated that he/she entered Unit # 71 and observed Terrance Green AKA Harry cutting up what he described as several grams of cocaine. He spoke with Green for a short while then handed him $ 100.00 and Green in turn gave the C/I the four foils of crack. The C/I further stated that Green said he was waiting for money, which was owed him from sales.

Once back at the station Detective Naylor conducted a field test on the suspected crack cocaine given him by the C/I. This test showed a positive reaction for the presence of cocaine and was subsequently tagged as evidence and placed it into the evidence locker, located in the Vice Office. The audiocassette tapes were also tagged and placed into evidence as well.

William Warner

Detective William Warner

**Rhode Island Forensic Science Laboratory**
**Forensic Drug Chemistry**
**50 Orms Street, Providence, RI 02904**
**(401)222-5567 / Fax (401)222-6064**

Laboratory Case : FC 00-2706
Department : Newport Police Dept.//N
Case Number : 2000-17921
Case Officer : NAYLOR/WARNER/BARKER

Report Date 7/11/00
Page 1 of 1

Case Names: GREENE, TERRANCE

Submitted : 7/6/00 2:37:17 PM to Gino Rebussini, M.S. by DET. J. BARKER

**Exhibit Description(s) and/or Analysis**

**Item 01** The following evidence was submitted:

Exhibit 01 **four foil packets containing material.**

*Results and Observations*

**Positive Cocaine Base (Schedule II).**

**weight of material from four foil packets................. 0.61 grams**

I Affirm that this document is a true report of the analysis that I performed.

Subscribed and sworn to before me under the penalties of perjury.

Principal Forensic Scientist
Michael Liberto, B.S.

Notary
Gino Rebussini 11 July 2000

R. I. DEPARTMENT OF HEALTH, DIVISION OF LABORATORIES
FORENSIC SCIENCES SECTION, ROOM 306
50 ORMS STREET
PROVIDENCE, RHODE ISLAND 02904
PHONE: (401) 274-1011 / FAX: (401) 277-6064

# EVIDENCE EXAMINATION REQUEST AND RECEIPT

NAME(S) OF INDIVIDUAL(S): Terrance Greene alais John Doe

AGENCY CASE NUMBER: 2000-17921

ARRESTING OFFICER: Nalyor/Warner/Barker/Carlone

DATE OF OCCURRENCE: 06-09-00

COUNTY OF OCCURRENCE: Newport

THIS BOX MUST BE COMPLETED FOR DWI CASES ONLY

ADDRESS OF INDIVIDUAL(S):

DATE OF BIRTH:

TIME OF APPREHENSION:

NAME OF MEDICAL PERSON COLLECTING SAMPLE:

PLACE OF EMPLOYMENT OF MEDICAL PERSON COLLECTING SAMPLE:

**AGENCY**
Newport Police Dept.
c/o Vice Unit
#120 Broadway
Newport RI 02840

| ITEM NUMBER | DESCRIBE EACH ITEM SUBMITTED | EXAMINATION REQUESTED |
|---|---|---|
| (1) | Four small bundles of tin foil containing suspected crack cocaine. | Cocaine and Cocaine Base. Wieght of Drugs Needed. Federal Charges. |



R. I. DEPARTMENT OF HEALTH, DIVISION OF LABORATORIES
FORENSIC SCIENCES SECTION, ROOM 306
50 ORMS STREET
PROVIDENCE, RHODE ISLAND 02904
PHONE: (401) 274-1011 / FAX: (401) 277-6064

# EVIDENCE EXAMINATION REQUEST AND RECEIPT

| NAME(S) OF INDIVIDUAL(S) | AGENCY CASE NUMBER | THIS BOX MUST BE COMPLETED FOR DWI CASES ONLY<br>ADDRESS OF INDIVIDUAL(S) |
|---|---|---|
| | ARRESTING OFFICER | |
| | DATE OF OCCURRENCE | |
| | COUNTY OF OCCURRENCE | DATE OF BIRTH / TIME OF APPREHENSION |
| AGENCY | | NAME OF MEDICAL PERSON COLLECTING SAMPLE |
| | | PLACE OF EMPLOYMENT OF MEDICAL PERSON COLLECTING SAMPLE |

| ITEM NUMBER | DESCRIBE EACH ITEM SUBMITTED | EXAMINATION REQUESTED |
|---|---|---|
| | | |

| UMBER | SUBMITTED BY | I ACKNOWLEDGE RECEIPT OF EVIDENCE PURPORTED TO BE DESCRIBED AS ABOVE FROM PERSON MAKING DELIVERY. |
|---|---|---|
| | PRINT | SIGNATURE ( AUTHORIZED LABORATORY PERSON ) |
| | SIGNATURE | DATE / TIME |

and Forensic Science Lab
00-2706
partment: Newport Police Dept.//N
Case No : 2000-17921

# PHYSICAL EVIDENCE INVENTORY

The following list describes the physical evidence to be presented by the State of Rhode Island against the defendant(s). Terrance "Harry Greene alias John Doe

---

CR# 2000-17921

#1. Four (4) small bundles of tin containing suspected "crack" cocaine.

#2. Audio cassette tape of conversation between Terrance Greene and C/I

#3.

#4.