UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) Cr. No. 06-56S
)
TERRENCE GREENE )

**ORDER**

The Court has received and has under advisement the Government's Motion to Reconsider its January 18, 2007 Order. The Court has also received the bulk of the requested information from the Office of Probation. Accordingly, the January 18, 2007 Order is hereby stayed until further notice.

Order:

By: [signature]
Deputy Clerk

ENTER:

[signature]
William E. Smith
United States District Judge

Date: 2/5/07