IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Cr. No. 06-56S |
| | ) | |
| | ) | |
| TERRENCE GREENE | ) | |

GOVERNMENT'S MOTION FOR A MODIFIED BRIEFING SCHEDULE

In an order dated February 13, 2007, the Court asked for simultaneous briefs from the parties addressing certain sentencing concerns raised by the Court. A simultaneous briefing schedule places the government in the position of having to anticipate what might be raised by the defendant. Accordingly, the government respectfully requests a staggered briefing schedule because it will allow the government to more adequately respond to the defendant's concerns.

The government proposes that the defendant be allowed a period of time in which to file a brief raising issues for the Court's consideration at sentencing. After the defendant files his brief, the government requests that it be allowed a period of time in which to the respond to the issues raised by the defendant.

For the foregoing reasons, the government respectfully requests that its motion be granted.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER

SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2007, a copy of the within "Government's Motion for a Modified Briefing Schedule" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Edward C. Roy
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj