UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-056 S

TERRENCE GREENE :

**DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS**

Pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, and Brady v. Maryland, 373 U.S. 83 (1963), the defendant, Terrence Greene, requests that the United States provide the following information:

1. The name of each defendant, prosecuted by the Government, who was eligible for a 21 U.S.C. § 851 information, by virtue of having a conviction only for simple possession of a controlled substance. This request is limited to the period from January 12, 2005 through the date of this request.

TERRENCE GREENE,
By his attorney,

/s/ Edward C. Roy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281 (401) 528 - 4285
edward_roy@fd.org

**CERTIFICATION**

I hereby certify that I served a copy of the within on Sandra R. Beckner, AUSA, on the 16th day of February, 2007, by way of ECF case filing.

/s/ Edward C. Roy, Esquire