UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR No. 06-056 S |
| TERRENCE GREENE | : | |

**DEFENDANT'S OBJECTION TO 21 U.S.C. 851 INFORMATION**

______NOW comes the defendant, Terrence Greene, and objects to the 21 U.S. C. § 851 information filed by the Government in this case.

Terrence Greene,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

**CERTIFICATION**

I certify that I caused a copy of the within to be served on Sandra R. Beckner, AUSA on the 16th day of March, 2007 by way of ECF case filing.

/s/ Edward C. Roy, Esquire