IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. No. 05-0110S |
| v. | : | Violation of Section 851 of Title 21, U.S.C. |
| ANTHONY LIPSCOMB | : | |

FEB 2 3 2005

INFORMATION CHARGING PRIOR OFFENSE

I, Robert Clark Corrente, United States Attorney for the District of Rhode Island, do accuse the defendant, ANTHONY LIPSCOMB, who was charged by the United States Grand Jury in the District of Rhode Island on the 26th day of January, 2005 in Count 1 of an indictment with possession with intent to distribute more than five grams of a mixture and substance containing a detectable amount of cocaine base, a schedule II controlled substance, in violation of 21 U.S.C. §§841(a)(1)&(b)(1)(B), of having been previously convicted of a felony drug offense as described below:

On or about October 2, 2000, ANTHONY LIPSCOMB, was convicted in Providence County (Rhode Island) Superior Court (case number P2-2000-1178A) of one count of possession of cocaine and a second count of possession of marijuana, both felony drug offenses under state law, and was sentenced to a term of two years suspended/probation on each count, those sentences to run

concurrently (see attached certified copy of the criminal docket sheet).

WHEREFORE, the United States of America gives notice under 21 U.S.C. §851 that defendant ANTHONY LIPSCOMB, has a previous conviction for a felony drug offense and therefore is subject to a fine of not more than four million dollars ($4,000,000) and a term of imprisonment of not less than ten (10) years and not more than life imprisonment.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney

<u>Certificate of Service</u>

I hereby certify that on the 18 th day of February, 2005, a copy of the within "Information Charging Prior Conviction" was mailed, postage prepaid, to Edward C. Roy, Assistant Federal Defender, 10 Weybosset Street, Third Floor, Providence, Rhode Island 02903.

[signature]

# Criminal Docket Sheet Report

P2-2000-1178A

**Case ID:** P2-2000-1178A **Description:** ANTHONY LIPSCOMB
**Filing Date:** 23-MAR-2000
**Original Case ID:** 62-2000-03317

RECEIVED
US ATTORNEY
DISTRICT OF RI
2005 FEB 17 A 10:49

**Defendant Name:** ANTHONY LIPSCOMB **Police Dept:** PROVIDENCE POLICE DEPARTMENT
**BCI#:** 09707568 **Date of Birth:** 06-JUL-1979 **Incarcerated:**

**Address:** PO BOX 73022

PROVIDENCE RI 02907

**PRIVATE ATTORNEY:** SCOTT A. LUTES
**PROSECUTOR:** MATTHEW S. DAWSON

## Charge Information

**Count:** 1 28401C1A **POSS SCH I - V CNTRL SUBSTANCE**
**Offense Date:** 01-MAR-2000
**Charge Text:**
**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** SUSPENDED
**Term:** 2 Years
**Start:** 02-OCT-2000
**Judge:** MAGISTRATE KEOUGH
**Text:**

**Sentence:** PROBATION
**Term:** 2 Years
**Start:** 02-OCT-2000
**Judge:** MAGISTRATE KEOUGH
**Text:**

**Sentence:** SUBSTANCE ABUSE COUNSELING
**Term:** 0 Days
**Start:** 02-OCT-2000
**Judge:** MAGISTRATE KEOUGH
**Text:**

**Sentence:** TASC
**Term:** 0 Days
**Start:** 02-OCT-2000
**Judge:** MAGISTRATE KEOUGH
**Text:**

**Sentence:** COMMUNITY SERVICE 100 HOURS
**Term:** 0 Days
**Start:** 02-OCT-2000
**Judge:** MAGISTRATE KEOUGH
**Text:**

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# Criminal Docket Sheet Report

P2-2000-1178A

## Charge Information

**Sentence:** TOTAL ASSESSMENTS
**Term:** 0 Days
**Start:** 02-OCT-2000
**Judge:** MAGISTRATE KEOUGH
**Text:** $1176.00

**Count:** 2 28401C1B **POSSESSION OF MARIJUANA**
**Offense Date:** 01-MAR-2000
**Charge Text:**
**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** SUSPENDED
**Term:** 2 Years
**Start:** 02-OCT-2000
**Judge:** MAGISTRATE KEOUGH
**Text:**

**Sentence:** PROBATION
**Term:** 2 Years
**Start:** 02-OCT-2000
**Judge:** MAGISTRATE KEOUGH
**Text:** concurrent w/each other & P2-2000-1176A

## Warrant Information

| Date | Warrant ID | Status | Judge |
|---|---|---|---|

## Bail Information

02-MAR-2000 CASH BAIL SET AT$ 500.00

03-MAR-2000 DEFENDANT HELD WITHOUT BAIL
17-MAR-2000 CASH BAIL SET AT$ 500.00 CASH RESET

11-MAY-2000 CASH BAIL SET AT$500.00

23-APR-2002 PERSONAL RECOGNIZANCE SET AT $ 1000.00

## Bail Posted

| Bail | Payor | Amount |
|---|---|---|
| 05-JUN-2000 BAIL POSTED/CASH | SCOTT A. LUTES | $500.00 |
| | Refunded Amount: | $500.00 |

## Bail Posted in District Court

| Bail | Payor | Amount |
|---|---|---|
| 02-MAR-2000 BAIL POSTED/CASH | SCOTT A. LUTES | $500.00 |
| | Refunded Amount: | $500.00 |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

## Scheduled Dates

| Date | Event | Locn | Judge |
|---|---|---|---|

# Criminal Docket Sheet Report

P2-2000-1178A

## Events

| Date | Event | Judge |
|---|---|---|
| 04-MAY-2000 | PRE-ARRAIGNMENT DISP CONFERENC | MCATEE, MAGISTRATE |
| | CASE PASSED FOR ARRAIGNMENT | |
| 11-MAY-2000 | ARRAIGNMENT | MCATEE, MAGISTRATE |
| | DEFT ARRGN & PLEADS NOT GUILTY | |
| 12-JUL-2000 | PRE-TRIAL CONFERENCE | KEOUGH, MAGISTRATE |
| | PENDING FURTHER INVESTIGATION | |
| 26-JUL-2000 | PRE-TRIAL CONFERENCE | KEOUGH, MAGISTRATE |
| | CASE PASSED FOR TRIAL | |
| 02-OCT-2000 | TRIAL | KEOUGH, MAGISTRATE |
| | DEFN RETRACTS PLEA/NOT GUILTY | |
| 23-APR-2002 | REVIEW | CLIFTON, JUDGE |
| | PENDING FURTHER INVESTIGATION | |
| 03-MAY-2002 | REVIEW | MCATEE, MAGISTRATE |
| | DEFENSE ATTY UNAVAILABLE | |
| 10-MAY-2002 | REVIEW | CLIFTON, JUDGE |
| | PROGRESS REPORT ACCEPTED | |
| 17-MAY-2002 | REVIEW | MCATEE, MAGISTRATE |
| | PENDING FURTHER INVESTIGATION | |
| 24-MAY-2002 | REVIEW | CLIFTON, JUDGE |
| | PROGRESS REPORT ACCEPTED | |
| 31-MAY-2002 | REVIEW | CLIFTON, JUDGE |
| | PROGRESS REPORT ACCEPTED | |
| 07-JUN-2002 | REVIEW | CLIFTON, JUDGE |
| | PENDING FURTHER INVESTIGATION | |
| 21-JUN-2002 | REVIEW | CLIFTON, JUDGE |
| | PROGRESS REPORT ACCEPTED | |
| 12-JUL-2002 | REVIEW | CLIFTON, JUDGE |
| | PASSED | |

## Case Jackets

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

## Case Evidence

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 02-MAR-2000 | FELONY INITIAL APPEARANCE | |
| 02-MAR-2000 | REFERRED TO FELONY SCREENING | |
| 02-MAR-2000 | TRANSFERRED TO SUPERIOR COURT | |
| 02-MAR-2000 | AFFIDAVIT OF BAIL FILED | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

## Criminal Docket Sheet Report

P2-2000-1178A

### Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 03-MAR-2000 | VIOLATION OF BAIL | |
| 03-MAR-2000 | WANT OF BAIL DEFT IS COMMITTED | |
| 17-MAR-2000 | VIOLATION REPORT WITHDRAWN | |
| 22-MAR-2000 | COMPLETED | |
| 23-MAR-2000 | TRANSFERRED TO SUPERIOR COURT | |
| 24-MAR-2000 | INFORMATION FILED | |
| 05-MAY-2000 | ENTRY OF APPEARANCE<br>**Affiliated Party**: LUTES, SCOTT A. | |
| 11-MAY-2000 | PRETRIAL NOTICE ISSUED | |
| 11-MAY-2000 | RECOGNIZANCE FILED<br>**Affiliated Party**: LIPSCOMB, ANTHONY | |
| 11-MAY-2000 | ORD ENT TRANSFERRING CASH BAIL<br>**Affiliated Party**: RHODE ISLAND COURTS | |
| 05-JUN-2000 | CASH BAIL POSTED | C/B SUM OF $500 REC'D 6TH FURNISHED BY SCOTT LUTES 127 DORRANCE ST PROVIDENCE RI 02903 DEP. INTO REGISTRY OF COURT PETTY 9 P 190 PS00626 |
| 05-JUN-2000 | RECOGNIZANCE FILED | |
| 02-OCT-2000 | DEFENDANT RE-ARRAIGNED | |
| 02-OCT-2000 | PRE-SENTENCE REPORT WAIVED | |
| 02-OCT-2000 | AGREEMENT TO PAY COSTS<br>**Affiliated Party**: LIPSCOMB, ANTHONY | |
| 02-OCT-2000 | CERTIFICATE OF JUDGE<br>**Affiliated Party**: RHODE ISLAND COURTS | |
| 02-OCT-2000 | JUDGMENT OF CONVICTION ENTERED<br>**Affiliated Party**: RHODE ISLAND COURTS | |
| 02-OCT-2000 | DISPOSED/SENTENCED<br>**Affiliated Party**: LIPSCOMB, ANTHONY | |
| 03-OCT-2000 | PAYMENT PLAN SET | $50.00 MONTHLY---PLAN #3001 |
| 17-NOV-2000 | CASH BAIL IS RELEASED | C/B OF $500 IS TRF & APPLIED TO CRT FEES--PART PMT RECEIPT #135144. |
| 12-APR-2002 | REVIEW EVENT | |
| 12-APR-2002 | PENDING FURTHER INVESTIGATION | |
| 23-APR-2002 | RECOGNIZANCE FILED<br>**Affiliated Party**: LIPSCOMB, ANTHONY | |
| 14-MAY-2002 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CDAEVNT on 14-MAY-2002 by GMAMBRO. |
| 21-JUN-2002 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CDAEVNT on 21-JUN-2002 by GMAMBRO. |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island