Defens

**RE: Joshua Cole**
**DOB:[redacted]**
**FBI#: 286174NB3**
**RIBCI#: 9914354**

**District of Rhode Island**

| Date of Arrest | Charge/Agency | Date Sentence Imposed/Disposition |
|---|---|---|
| 05/02/00 | Count 1: Possession of a Stolen Motor Vehicle, Providence Police Department, Providence Superior Court (P2/00-2791A) | 10/19/00: Warrant Issued, defendant failed to appear for Pre-Arraignment Disposition Conference, cancelled 12/11/00<br><br>01/16/01: Nolo, 2 year suspended sentence with 2 years probation, Fined<br><br>06/06/01: Violation Hearing, continued to 06/27/01, 07/31/01, 08/03/01<br><br>08/03/01: Admits/Declared to be a Violator<br><br>11/02/01: Violation of a Suspended Sentence, continued on same<br><br>05/01/02: Admits and Declared to be a Violator |
| 12/10/00 | Count 1: Manufacture/Delivery/ Possession with Intent to Distribute a Controlled Substance, Count 2: Possession of Marihuana, Rhode Island State Police, Providence Superior Court (P2/01-1013A) | 04/02/01: Count 1: Nolo, 2 year suspended sentence with 2 years probation, Substance Abuse Counseling, 100 hours of Community Service, Fined, Count 2: Nolo, 1 year suspended sentence with 1 year probation<br><br>06/06/01: Violation Hearing, cont'd 06/27/01; 07/31/01 |

| | | |
|---|---|---|
| | | 08/03/01: Admits and Declared to be a Violator, continued<br><br>11/02/01: Violation of a Suspended Sentence, continued on same<br><br>04/04/02: Warrant Issued, cancelled 04/10/02<br><br>05/01/02: Violation of Suspended Sentence, suspension of sentence removed, 7 months to serve, Admits and Declared to be a Violator |
| 12/28/00 | Count 1: Manufacture/Delivery/ Possession with Intent to Distribute, Count 2: Vandalism, Providence Police Department, Providence Superior Court (P2/01-0299A) | 12/28/00: Counts 1 & 2: Dismissed under Rule 48A |
| 01/16/01 | Count 1: Possession of a Controlled Substance, Count 2: Vandalism, Providence Police Department, Providence Superior Court (P2/01-0116A) | 01/16/01: Count 1: Nolo Plea to Amended Charge, 2 year suspended sentence with 2 years probation, Substance Abuse Counseling, 100 hrs. Community Service, Fined, Count 2: Nolo, 1 year suspended sentence with 1 year probation<br><br>06/06/01: Violation Hearing, continued06/27/01; 07/31/01<br><br>08/03/01: Admits and Declared to be a Violator |

| | | |
|---|---|---|
| | | 11/02/01: Violation of Suspended Sentence, continued on same<br><br>05/01/02: Admits and Declared to be a Violator |
| 04/25/01 | Count 1: Driving Without/ Expired License, Count 2: Failure to Appear for Summons, Providence Police Department, Sixth Division District Court (61/01-14459) | 08/03/01: Count 1: Nolo, Fined, Court Costs, Count 2: Dismissed under Rule 48A<br><br>08/03/01: Warrant Issued, defendant failed to Appear for Summons, cancelled 08/21/01<br><br>03/01/02: Warrant Issued, defendant failed to appear for Ability to Pay Costs Hearing, cancelled 03/04/02 |
| 05/22/01 | Count 1: Possession of a Controlled Substance, Providence Police Department, Providence Superior Court (P2/01-1993A) | 08/03/01: Nolo, 4 year suspended sentence with 4 years probation, Substance Abuse Counseling, 100 hours community Serve, Fined<br><br>05/01/02: Admits and Declared to be a Violator<br><br>09/08/04: Admits and Declared to be a Violator |
| 03/02/02 | Count 1: Failure to Appear in Answer to Summons, Providence Police Department | Unknown |
| 04/09/02 | Count 1: Failure to Appear in Answer to Summons, Providence Police Department | Unknown |

| | | |
|---|---|---|
| 08/03/04 | Count 1: Simple Assault, Providence Police Department, Sixth Division District Court (61/04-14711) | 09/01/04: Nolo, 1 year probation, Batterer's Intervention, No Contact with Victim, Court Costs<br><br>08/04/04: No Contact Order, removed 01/27/05 |
| 04/28/06 | Counts 1 & 3: Manufacture/ Delivery/Possession with Intent to Distribute, Count 2: Manufacture/Sale/Possession with Intent to Distribute 10z - 1k of Cocaine, Count 4: Possession of a Firearm/Controlled Substance Violation, Count 5: Possession of a Firearm during a Violent Crime, Count 6: Distribution/ Manufacture on School Grounds, Rhode Island State Police, Providence Superior Court (P2/06-2102AG) | **PENDING**<br><br>07/19/06: Held without Bail |