AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

USA v. Terrence Greene

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR06-56S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Sandra Beckner | Edward C. Roy JR. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| April 27, 2007 | Debra Lajoie | Wendy Geile |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | 4/27/07 | | | W-1 Michael Naylor |
| 1 | | | | FULL | Judgment of Conviction dated 7/25/95 |
| 1A | | | | FULL | Criminal Docket Sheet Report filed 6/6/95 |
| 1B | | | | FULL | Criminal Information |
| 2 | | | | FULL | Judgment of Conviction dated 4/16/97 |
| 2A | | | | FULL | Criminal Docket Sheet filed 4/16/97 |
| 2b | | | | FULL | Defendant's Petition to waive Indictment date 4/16/97 |
| 3 | | | | FULL | Judgment and Conviction dated 9/12/01 |
| 3A | | | | FULL | Criminal Docket Sheet Report filed 10/23/2000 |
| 3b | | | | FULL | Defendant's Petition to waive Indictment dated 10/23/2000 |
| 4 | | | | FULL | photograph |
| 5 | | | | FULL | photograph |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.