UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-056 S

TERRENCE GREENE :

**DEFENDANT'S MOTION TO RECONSIDER SENTENCING IN LIGHT OF PENDING AMENDMENT OF UNITED STATES SENTENCING GUIDELINES**

The defendant was sentenced on April 27, 2007 to a term of imprisonment of 210 months. On April 30, 2007, defense counsel became aware that the United States Sentencing Commission had voted to recommend to Congress a two level decrease in the sentencing guidelines for crack cocaine. This amendment might conceivably affect the sentence to which the defendant is subjected to. As of the date of this filing, no judgment has yet entered in this case. ( An attached Press Release from the United States Sentencing Commission is incorporated by reference herein.)

Terrence Greene,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

**CERTIFICATION**

I certify that I caused a copy of the within to be served on Sandra R. Beckner, AUSA on the 1st day of May, 2007 by way of ECF case filing.

/s/ Edward C. Roy, Esquire