**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-56S** |
| | ) | |
| **TERRENCE GREENE** | ) | |

---

**NOTICE OF APPEAL**

Now comes the defendant, Terrence Greene, and hereby notices the appeal of his sentence imposed on April 27, 2007 to the First Circuit Court of Appeals.

Respectfully submitted
Terrence Greene
By his attorney,

/s/ Edward C. Roy, Jr.
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
edward_roy@fd.org

**CERTIFICATION**

I hereby certify that I mailed a copy of this notice by electronic notification to Sandra Beckner, Assistant United States Attorney, on May 10, 2007.

/s/ Edward C. Roy, Jr.