**UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

Case name United States vs. Terrence Greene

District Court Case No. 06-56S District of Rhode Island

Date Notice of Appeal filed 5-10-07 Court of Appeals Case No. 07-1760

Form filed on behalf of Appellant, Terrence Greene

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal ________

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) ________

## TRANSCRIPT ORDER

Name of Court Reporter Debra Lajoie

Phone Number of Reporter ________

A. ______ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| | PROCEEDING(S) | HEARING DATE(S) |
|---|---|---|
| ☐ | Jury Voir Dire | |
| ☐ | Opening Statement (plaintiff) | |
| ☐ | Opening Statement (defendant) | |
| ☐ | Trial | |
| ☐ | Closing Argument (plaintiff) | |
| ☐ | Closing Argument (defendant) | |
| ☐ | Findings of Fact/Conclusions of Law | |
| ☐ | Jury Instructions | |
| ☐ | Change of Plea | |
| ☒ | Sentencing | 4-27-07 |
| ☐ | Bail hearing | |
| ☐ | Pretrial proceedings (specify) ________ | |
| ☐ | Testimony (specify) ________ | |
| ☐ | Other (specify) ________ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ______ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

- ☐ Private funds.
- ☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
- ☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
- ☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
- ☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name Edward C. Roy, AFPD Filer's Signature [signature]

Firm/Address Federal Public Defender, 10 Weybosset St, Providence, RI 02903

Telephone number 401-528-4281 Date mailed to court reporter ________

(Court Reporter Use ONLY) Date received ________