# United States Court of Appeals
## For the First Circuit

CR 06-56S

No. 07-1760

UNITED STATES OF AMERICA,

Appellee,

v.

TERRENCE GREENE,

Defendant, Appellant.

Before

Lynch, Circuit Judge,
Selya, Senior Circuit Judge,
and Howard, Circuit Judge.

JUDGMENT

Entered: January 16, 2008

In this sentencing appeal, defendant-appellant has moved to remand the case to the district court for resentencing in light of the Supreme Court's recent decisions in Kimbrough v. United States, 128 S. Ct. 558 (2007), and Gall v. United States, 128 S. Ct. 586 (2007), which post-dated his sentencing. Because defendant preserved the Kimbrough error below and the government has not met its weighty burden of showing that the error was harmless, see United States v. Anderson, 452 F.3d 87, 93, 94 (1st Cir. 2006), we grant the motion. "[O]ur decision to remand should not be read as a 'suggestion or a prediction that [defendant's] sentence will necessarily be altered.'" United States v. Gómez-Rosario, 418 F.3d 90, 109 (1st Cir. 2005) (quoting United States v. Heldeman, 402 F.3d 220, 224 (1st Cir. 2005)). "This is especially true 'where the remand arises out of a preserved error and where the harmless error test makes even a modest possibility of change enough to warrant remand.'" Id. (quoting United States v. Lata, 415 F.3d 107, 112 (1st Cir. 2005)).

The sentence is vacated. We remand for resentencing in light of Kimbrough and Gall.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________
Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: [signature] Date: 1/16/08

[Certified Copy: Judge William Smith, David DiMazzio, Clerk]

[cc: Donald Lockhart, AUSA, Edward Roy Jr., AFPD]