**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-56S** |
| | ) | |
| **TERRENCE GREENE** | ) | |

---

## MOTION TO CONTINUE SENTENCING

Now comes the accused, Terrence Greene, by and through his counsel, and moves this Honorable Court to continue the sentencing in this matter, currently scheduled for July 18, 2008 for an additional sixty (60) days.

In support of this motion, defense counsel requests the additional time to allow for a psychological evaluation to be completed on Mr. Greene.

Respectfully submitted
Terrence Greene
By his attorney,

/s/ Edward C. Roy, Jr.
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
edward_roy@fd.org

**CERTIFICATION**

I hereby certify that I mailed a copy of this motion by electronic notification to Sandra Beckner, Assistant United States Attorney, on July 14, 2008.

/s/ Edward C. Roy, Jr.