UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : Cr No. 06-056 S

TERRENCE GREENE :

MOTION TO CONTINUE SENTENCING

NOW comes the defendant, Terrence Greene, through counsel, and moves that the court continue his sentencing, presently scheduled for September 18, 2008, for a period of thirty (30) days, to allow defense counsel to obtain records from the Bureau of Prisons which would demonstrate the domestic violence programs completed by the defendant since his incarceration.

TERRENCE GREENE,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within motion to be served upon Sandra R. Beckner, AUSA and Kristin Mattias, USPO on the 15th day of September, 2005 by way of ECF case filing.

/s/ Edward C. Roy, Esquire